## In re OBJECTION TO NOMINATION PETITION OF Dr. Kimmika WILLIAMS–WITHERSPOON for the Office of Borough Council in the Third Ward of the Borough of Darby.

### Petition of Donald Deigh.

Supreme Court of Pennsylvania.

May 1, 2007.

### ORDER

PER CURIAM.

It is hereby ORDERED that the Petition for Allowance of Appeal is **GRANTED** limited to the following issue, on which an opinion will follow:

Whether the Commonwealth Court misapplied *In re Benninghoff*, 578 Pa. 402, 852 A.2d 1182 (2004) and *In re Carroll*, 586 Pa. 624, 896 A.2d 566 (2006), and erred in reversing the trial court's grant of a petition to set aside Nomination Petition where Candidate admittedly failed to disclose known information on her Statement of Financial Interest and

as required by the Ethics Act and the information required was not discernible to an elector from the information provided on Candidate's Statement of Financial Interest.

The order of the Commonwealth Court is affirmed.